# EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **Marco Polo Seatrade B.V.** <br><br> Debtor. <br><br> **I.D. No. 5584** | **Chapter 11** <br><br> **Case No. 11-13634 (JMP)** |
| **In re:** <br><br> **Magellano Marine C.V.** <br><br> Debtor. <br><br> **I.D. No. 2910** | **Chapter 11** <br><br> **Case No. 11-13628 (JMP)** |
| **In re:** <br><br> **Cargoship Maritime B.V.** <br><br> Debtor. <br><br> **I.D. No. 4361** | **Chapter 11** <br><br> **Case No. 11-13630 (JMP)** |
| **In re:** <br><br> **Seaarland Shipping Management B.V.** <br><br> Debtor <br><br> **I.D. No. 0110** | **Chapter 11** <br><br> **Case No. 11-13635 (JMP)** |

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion (the "*Motion*")[1] of Marco Polo Seatrade B.V. ("*Marco Polo*") and certain of its affiliates, as debtors and debtors in possession (collectively, the "*Debtors*"), for entry of an order (this "*Order*") directing the joint administration of the Debtors' related chapter

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

11 cases; and upon the First Day Declaration; and this Court having found that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and notice of the Motion appearing adequate and appropriate under the circumstances; and this Court having found that no other or further notice need be provided; and this Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before this Court (the "*Hearing*"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 11-13634 (JMP).

3. The consolidated caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**MARCO POLO SEATRADE B.V.**, *et al.*,[2]<br><br>     **Debtors.** | **Chapter 11**<br><br>**Case No. 11-13634 (JMP)** |

4. An entry shall be made on the docket of each of the Debtors' cases, other than Marco Polo, that is substantially similar to the following:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of: Marco Polo Seatrade B.V.; Magellano Marine C.V.; Cargoshop Maritime B.V.; and Seaarland Shipping Management B.V. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-13628 (JMP).

5. One consolidated docket and one consolidated service list shall be maintained by Marco Polo and kept by the Clerk of the United States Bankruptcy Court for the Southern District of New York with the assistance of the notice and claims agent retained by the Debtors in these chapter 11 cases.

6. The Debtors may file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the Office of the United States Trustee for the Southern District of New York, on a consolidated basis but shall track and break out disbursements on a debtor-by-debtor basis.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Debtors' chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's identification number, include: Marco Polo Seatrade B.V. (5584); Seaarland Shipping Management B.V. (0110); Magellano Marine C.V. (2910); and Cargoship Maritime B.V. (4361). The Debtors' service address is: Bracewell & Giuliani, LLP, 1251 Avenue of the Americas, 49th Floor, New York, NY 10020, Attn: Robert G. Burns.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion and the requirements of the local rules of this Court are satisfied by such notice.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York

August ___, 2011

_____
United States Bankruptcy Judge